## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TERRY J. FOGLE, ) <br> ) <br> Defendant. ) | 8:05CR126 <br><br> ORDER |

Defendant Terry J. Fogle appeared before the court on Monday, October 24, 2011 on a Petition for Warrant or Summons for Offender Under Supervision [145]. The defendant was represented by Assistant Federal Public Defender Michael F. Maloney and the United States was represented by Assistant U.S. Attorney Thomas J. Kangior. The government did not request detention. The Defendant was not entitled to a preliminary examination.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Bataillon.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Chief Judge Joseph F. Bataillon in Courtroom No.3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **January 9, 2012 at 9:30 a.m.** Defendant must be present in person.

2. The defendant is released on current conditions of supervision.

DATED this 24th day of October, 2011.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge